UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-223-MOC

| | |
|---|---|
| ROGER DALE MORRISON, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on a Motion to Proceed Pro Hac Vice as to Lindsay F. Osterhout. (Doc. No. 6).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Proceed Pro Hac Vice (Doc. No. 6), is **GRANTED**.

Signed: May 1, 2020

Max O. Cogburn Jr.
United States District Judge